Theodore RUSSELL, Appellant, v. UNITED STATES of America, Appellee.

No. 4255.

Circuit Court of Appeals, Fourth Circuit.

Oct. 26, 1937.

Eugene Meacham, of Washington, D. C., for appellant.

Howard L. Robinson, U. S. Atty., of Clarksburg, W. Va., and Joe V. Gibson, Asst. U. S. Atty., of Kingwood, W. Va., for appellee.

PER CURIAM.

Appeal dismissed on motion of appellant.

---

In the Matter of SHERMAN SQUARE APARTMENTS, Inc., Debtor.

BROOKLYN TRUST COMPANY, as Substituted Grantee of Powers in Trust, Appellant, v. The HURD COMMITTEE FOR PRUDENCE CERTIFICATES, Realty Associates Securities Corporation, Appellees.

No. 137.

Circuit Court of Appeals, Second Circuit.

Dec. 6, 1937.

Jacob A. Freedman, of Brooklyn, N. Y. (Louis R. Patur, of Brooklyn, N. Y.; of counsel), for appellant.

Hetkin, Rubin & Hetkin and Alfred H. Hetkin, all of New York City, for appellee Realty Associates Securities Corporation.

Eugene Blanc, Jr., of New York City, for appellee Hurd Committee for Prudence Certificates.

Thomas Cradock Hughes and Emanuel Celler, both of New York City, for trustees of Prudence Co., Inc.

Irving Rozen and Hubert Margolies, both of New York City, of counsel, for appellees.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed on authority of In re Park-83rd St. Corporation, C.C.A., 93 F.2d 295.

---

Wesley L. SISCHO, Appellant, v. A. C. ADERHOLD, Warden United States Penitentiary Annex, Fort Leavenworth, Kansas, Appellee.

No. 1643.

Circuit Court of Appeals, Tenth Circuit.

Jan. 13, 1938.

Wesley L. Sischo, pro se.

Summerfield S. Alexander, U. S. Atty., and Homer Davis, Asst. U. S. Atty., both of Topeka, Kan., for appellee.

Before LEWIS, PHILLIPS, and BRATTON, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed on authority of Watkins v. Zerbst, 10 Cir., 85 F.2d 999 and Blockburger v. United States, 284 U.S. 299, 52 S.Ct. 180, 76 L.Ed. 306.